A12A2210. MORRIS v. THE STATE.
(734 SE2d 926)

BOGGS, Judge.

Glendon Morris filed a direct appeal from the trial court's denial of his pre-trial plea in bar based upon an alleged violation of his constitutional right to a speedy trial. The Supreme Court of Georgia has recently ruled, however, that such a claim is not directly appealable and that a defendant must follow the interlocutory appeal procedures of OCGA § 5-6-34 (b). *Sosniak v. State*, 292 Ga. 35, 36 (2) (734 SE2d 362) (2012). Morris's appeal is therefore dismissed. See *Stevens v. State*, 292 Ga. 218 (734 SE2d 743) (2012).

*Appeal dismissed. Doyle, P. J., and Andrews, J., concur.*

DECIDED DECEMBER 5, 2012.

*Jennifer F. Arndt*, for appellant.

*Layla H. Zon, District Attorney, Jillian R. Hall, Assistant District Attorney*, for appellee.